**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6113

JAMES L. BURNETT,

Petitioner - Appellant,

v.

WARDEN OF BROAD RIVER CORRECTIONAL INSTITUTION,

Respondent - Appellee.

No. 25-6060

JAMES L. BURNETT,

Petitioner - Appellant,

v.

WARDEN OF BROAD RIVER CORRECTIONAL INSTITUTION,

Respondent - Appellee.

Appeals from the United States District Court for the District of South Carolina, at Aiken. Henry M. Herlong, Jr., Senior District Judge. (1:22-cv-00057-HMH)

Submitted: October 27, 2025                    Decided: November 24, 2025

Before NIEMEYER and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Appeal No. 25-6060, affirmed; Appeal No. 23-6113, dismissed by unpublished per curiam opinion.

---

**ON BRIEF:**   Joseph E. Begun, Peter A. Prindiville, LATHAM & WATKINS LLP, Washington, D.C., for Appellant in No. 23-6113.  Alan Wilson, Attorney General, Donald J. Zelenka, Deputy Attorney General, Melody J. Brown, Senior Assistant Deputy Attorney General, Tommy Evans, Jr., Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for Appellees in No. 23-6113.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James L. Burnett appeals from orders in his 28 U.S.C. § 2254 proceeding. In Appeal No. 23-6113, Burnett seeks to appeal the district court's order adopting the magistrate judge's recommendation and denying relief on his 28 U.S.C. § 2254 petition. In Appeal No. 25-6060, Burnett appeals the district court's subsequent order denying his motion to extend or reopen the time to appeal. We affirm the denial of the motion to extend or reopen the appeal period, and we dismiss for lack of jurisdiction Burnett's appeal from the order denying § 2254 relief because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "In a civil case, the requirement to file a timely notice of appeal is jurisdictional." *Parrish v. United States*, 605 U.S. 376, 381-82 (2025).

Having reviewed the record and finding no reversible error, in Appeal No. 25-6060, we affirm the district court's order denying Burnett's motion to extend or reopen the appeal period. Turning to Appeal No. 23-6113, the district court entered its order denying § 2254 relief on October 17, 2022, and the appeal period expired on November 16. Burnett filed the notice of appeal on February 3, 2023.* Because Burnett failed to file a timely notice of

---

* For the purpose of this appeal, we assume that the postmark date appearing on the envelope containing the notice of appeal is the earliest date Burnett could have delivered the notice to prison officials for mailing to the court. Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 276 (1988).

3

appeal and the district court properly denied his motion for an extension or reopening of the appeal period, we dismiss Appeal No. 23-6113.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*No. 25-6060, AFFIRMED;*
*No. 23-6113, DISMISSED*